**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Howard Greathouse,<br><br>        Petitioner,<br>vs.<br><br>Shelly Sonberg, et al.,<br><br>        Respondents. | No. CV-06-3083-PHX-PGR (HCE)<br><br>ORDER |

Pending before the Court is Magistrate Judge Estrada's Report and Recommendation, wherein he recommends that petitioner Greathouse's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, be dismissed because it was filed after the expiration of the limitations period of the Anti-terrorism and Effective Death Penalty Act. Having considered the Report and Recommendation *de novo* in light of Petitioner's Objection to Recommendation (doc. #25), the Court finds that the Magistrate Judge correctly determined that the limitations period expired on July 19, 2004, that the petitioner did not commence his habeas petition until December 22, 2006, that neither statutory nor equitable tolling of the limitations period is applicable to this case, and that Blakely v. Washington, 542 U.S. 296 (2004), is not retroactive. The Court further finds that

the petitioner's objections to the Report and Recommendation should be overruled because the petitioner has not established that the conduct of his counsel during his state court direct appeal and first petition for post-conviction relief, even if was improper or ineffective in some manner, prevented him from timely filing his federal habeas petition.  Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #24) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that petitioner Greathouse's Request for Evidentiary Hearing (doc. #13), Motion for Summary Judgment (doc. #15), Motion for Appointment of Counsel (doc. #26), and Request for Evidentiary Hearing (doc. #27) are all denied.

IT IS FURTHER ORDERED that petitioner Greathouse's Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 is denied as time-barred and that this action is dismissed.  The Clerk of the Court shall enter judgment accordingly.

DATED this 10th day of March, 2008.

Paul G. Rosenblatt
United States District Judge